

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        Amado Yanez v. Daniela Ducasson

Appellate case number:      01-12-00173-CV

Trial court case number:    2009-80317

Trial court:                281st District Court of Harris County

       It is ordered that the motion for rehearing is DENIED.


Judge's signature: /s/ Laura Carter Higley_____
                     Acting for the Court

Panel consists of: Justices Jennings, Higley, and Sharp

Date: __March 27, 2013_____